Indictment #
06561-2016

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

CLIFTON C. HALSEY

**17CV 0042**

No. _____
(To be filled out by Clerk's Office)

Write the full name of each plaintiff.

-against-

NYPD 73rd Pct & 67th Pct,
Suzette Davis-McLeod
Arianna Barker
Kenneth P. Thompson Brooklyn, DA.

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

**COMPLAINT**
(Prisoner)

Do you want a jury trial?
☒ Yes   ☐ No

RECEIVED
SDNY PRO SE OFFICE
17 JAN -4 AM 10: 47
S.D. OF N.Y.

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

---

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).

☒ Violation of my federal constitutional rights   *Prosecutorial abuse /// misconduct Vingence.*

☒ Other: __Double Jeopardy, Illegal incarceration__  *Grand Jury abuse by Prosecution*

## II. PLAINTIFF INFORMATION  *1 Case dismissed and sealed in Criminal Court*

Each plaintiff must provide the following information. Attach additional pages if necessary.

__CLIFTON__       __C.__        __HALSEY__
First Name      Middle Initial    Last Name

__NONE__

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

__8251600789__

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

__MANHattan Detention Center__
Current Place of Detention

__125 White Street NYC, NY__
Institutional Address

__MANHattan__        __New York__        __10013__
County, City          State             Zip Code

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☒ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☐ Convicted and sentenced prisoner
☒ Other: __Illegally detained Pretrial Detainee__

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

**Defendant 1:** Detectives @ the 73rd and officers @ 67th pct
First Name / Last Name / Shield #: Detectives & Officers
Current Job Title (or other identifying information): 67th pct Sneider Ave / 73rd on Utica ave
Current Work Address: Brooklyn N.Y.
County, City / State / Zip Code

**Defendant 2:** Kenneth Thompson — District Attorney
First Name / Last Name / Shield #
Current Job Title (or other identifying information): ~~350~~ District Attorney Office
Current Work Address: 350 Jay Street
County, City: Kings/Bklyn / State: New York / Zip Code: 11201

**Defendant 3:** Suzette Davis-McLeod
First Name / Last Name / Shield #
Current Job Title (or other identifying information): Unemployed / welfare fraud income / adultress
Current Work Address: 1367 Troy Ave (BSMT)
County, City: Kings Home/Bklyn / State: New York / Zip Code: 11203

**Defendant 4:** Arianna Barker
First Name / Last Name / Shield #
Current Job Title (or other identifying information): Daughter of Suzette Davis McLeod
Current Work Address: 1367 Troy Ave (BSMT)
County, City: Kings/Brooklyn / State: New York / Zip Code: 11203

Page 3

## V. STATEMENT OF CLAIM

Place(s) of occurrence: 1367 Troy Ave / 67th Pct / 801 Bergen St Brooklyn, NY / Bklyn, NY

Date(s) of occurrence: 5/12/2016 - 7-27/2016 & 2-10-2016

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

See attached Document Please

IN addition the Detectives sent another officer to 1367 in May to ensure they were never seen. She told my Brother the Detective stayed in front of the House, He did not come in, because he knew what he was doing was illegal, but she waved Hello to him and stayed at a Relatives House to avoid the Grand Jury subpoena it's on Recorded Conversation during our Conversations, so I can prove every last word of these statements. Her and her daughter attacked and beat me on 2/10/16 I (Thank you) Never even defended (in advance) myself as a man, only Ran as they (Clinton Daley) stripped off my Clothes

I was never, ever, Called, or Questioned or arrested Regarding the February 10th 2016 Lie.

INDICTMENT # 06361/2016
PART DV

This woman said the exact same lies on her husband, she has a (5) year Order of Protection against him, she knows how to manipulate the system and use it as a tool of Revenge against men she has a falling out with, eg., arrests, court cases, and False Charges & Lies Please help.

S. Kenneth Jones ESQ
32 Court Street
(917) 544-7653

**INJURIES:** IN ADDITION my Attorney said the DA can do anything they want, he's NO Good.

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

I was beaten by officers of the 67th Pct on 5/12/2016 and by Suzette Davis-McLeod and Arriana Parker on 2/10/2016 and by Suzette on 5/12/2016. My face and wrists we bruised by officers of the 67th Pct.

## VI. RELIEF

State briefly what money damages or other relief you want the court to order.

I would like Payment or Money damages for Pain & Suffering, Slander Libel, and Abuse by officers

Five Million Dollars $5,000,000.00 and to be released from custody and the charges dismissed and sealed Respectfully.
Thank you.

Page 5

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: 11/4/2016

Plaintiff's Signature: Clifton Halsey

First Name: Clifton   Middle Initial: C.   Last Name: Halsey

Prison Address: 125 White Street (MDC) Manhattan Detention Center

County, City: Manhattan   State: New York   Zip Code: 10013

Date on which I am delivering this complaint to prison authorities for mailing: 11/8/2016

Page 2

to the house and removed the children age 8 and 12 by the time we arrived back at the house. The 12 year old had told the police lies and that I had attacked and robbed them. By that time ACS had been notified, my friend, Napoleon and I followed her to the precinct. The next day the children were released to her. She took her daughter back to the 73rd Precinct and made her tell the truth and the police never contacted me. (5) five months later after we all moved into another apartment I wanted to break up and she contacted the same detectives from the 73rd Precinct on Utica Ave and changed the story again and they, the detectives at the precinct on Utica Avenue in Brooklyn contacted the 67th Precinct and had them arrest me on the same charges that they personally knew to be false. Here I am 8 months



Page # 2 (attached)

later Charged And endicted for a Crime that both the 73rd & 67th Precinct know that I am innocent of. All because I wanted to break up with Suzette. Please help me and expose this great miscarriage of Justice done by the detectives at the 73rd Precinct And Police Officers at the 67th Precinct, from happening to Another person. All because a Woman Wants revenge for a failed relationship.

my friend Napoleon is from Russia and speaks enough english to corroborate my testimony as well as the ACS Worker that was assigned to the Case they will both tell the truth, the ACS worker is Mr. Abdoo or Mohammad his office is located on Bedford Avenue in Brooklyn the ACS office And My friend Napoleon lives in Kensington Brooklyn, This woman has told many, many lies

on me and she calls my family laughing at how the NYPD will do anything to make an arrest, even if they know that the Complaint is a lies.

Please help me as to I have lost all faith in America and the legal system.

Thank you in Advance,

Clyton C. Halsey

There are No Medical Reports. There are No Hospital Visits Not even ambulance I never Put 1 Finger on my ex-Girlfriend. She is totally Lie on me To this I Swear Never a weapon all Lies only argued. Never any Violence To this I swear and I Can Prove it all.

Page 1 attachment

B & C # 8251600789          10/28/2016

On February 10 2016 in the apartment located at 801 Bergen street #203 in Brooklyn, New York. I was attacked and beaten by my then girlfriend Suzette Davis McLeod and her daughter Arriana Barber. After the beating, I called my friend Napoleon to come and pick me up. Neighbors heard the commotion and called the police. Suzette followed me telling me that she was sorry for attacking me because a woman sent me an explicit picture on my cellular phone. She drove me to my friends house. I only had on underware and socks, because, Suzette and Arriana had torn all of my clothes off my body. She yelled at her daughter for tearing off my clothes eventhough she instructed her to take the phone from my hand. Once we got to my friends house and I got a pair of clothes we drove back to her apartment. The cops had come

OVER →
other side

In addition many of the charges on the indictment sheet are repeated although on the front it says (2) counts, I see it (4) and (6) times. Throught the indictment many improprities, over Zealous Prosecution, and Pure lies on the part of the Complaintnt. This Woman has two open ACS cases. She is a terrible Person, which is why I choose to date someone else. This is pure Vengence for leaving her.

Thank you
Cliton Halse
8251600789

I was not even in the home on July 26th 2016 yet I'm charged with a Crime of Violence, pure lies. I have Phone Records and Recordings to prove it.

